David YI, Petitioner—Appellant,

v.

Joseph BROOKS, Warden; United States of America, Respondents—Appellees.

No. 03–6969.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 29, 2003.

Decided Nov. 17, 2003.

David Yi, pro se.

Mary Hannah Lauck, Office of the United States Attorney, Richmond, Virginia, for Appellees.

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

PER CURIAM:

David Yi appeals the district court's order dismissing his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Yi v. Brooks*, No. CA–03–385–3 (E.D. Va. filed June 10, 2003 & entered June 11, 2003). We deny Yi's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*AFFIRMED*